## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, trustee v. MBC Holdings, Inc., an Ohio corporation, et al. | FILED: AUGUST 13, 2008<br>08CV4583<br>JUDGE DER-YEGHIAYAN<br>MAGISTRATE JUDGE NOLAN<br>JFB |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, trustee

| | |
|---|---|
| NAME (Type or print)<br>John J. Franczyk | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ John J. Franczyk | |
| FIRM<br>Central States Legal Department | |
| STREET ADDRESS<br>9377 W. Higgins Rd., 10th FL | |
| CITY/STATE/ZIP<br>Rosemont, IL 60018 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06224947 | TELEPHONE NUMBER<br>(847) 518-9800, ext. 3464 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐